UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HASPEL, L.L.C.

VERSUS

NEEMA CLOTHING, LTD. AND
BLUE LION APPAREL, L.L.C.

CIVIL ACTION

NO. 12-520-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 17, 2013 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Haspel, L.L.C. is GRANTED. Further, under 28 U.S.C. § 1447(c) defendant Neema Clothing, Ltd. is ordered to pay to plaintiff Haspel, L.L.C. fees and costs incurred as a result of the removal in the amount of $1,000, within 30 days.

Baton Rouge, Louisiana, this 9th of July, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA